# Court of Appeals
# of the State of Georgia

ATLANTA,     September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2371.   DEMETRIUS LEWIS et al. v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendants Demetrius Lewis and Eisenhower Lewis appealed to the superior court, which granted summary judgment in favor of the plaintiff. The defendants filed a notice of appeal to this Court, which the superior court dismissed for failure to timely perfect the record on appeal. The defendants now appeal the superior court's order dismissing their notice of appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (Punctuation omitted.) *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because the defendants did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*     09/09/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*